DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERED FIESTA,**
Appellant,

v.

**FLORA ROJCHIN** and **ICILDA ROSE,**
Appellees.

No. 4D2025-0704

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062023CA017010AXXXCE.

Eric Steven Rudenberg of Rudenburg Law, P.A., Fort Lauderdale, for appellant.

Sara Sandler Cromer of Walton Lantaff Schroeder & Carson LLP, Port St. Lucie, and John Patrick Joy of Walton Lantaff Schroeder & Carson LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***